UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A.,<br><br>                           Plaintiff,<br><br>       v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>                           Defendants. | Case No. 2:17-cv-10467-MCA-LDW<br><br>ECF Case<br>Document Electronically Filed |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Carmignac Gestion, S.A. through its undersigned counsel, hereby dismisses all claims in this action against Defendant Marc Coucke without prejudice.

Dated: August 28, 2018                *s/ Christopher A. Seeger*
                                      Christopher A. Seeger
                                      SEEGER WEISS LLP
                                      55 Challenger Road, 6th Floor
                                      Ridgefield Park, NJ 07660
                                      973-639-9100 Telephone

                                      Matthew L. Mustokoff
                                      KESSLER TOPAZ MELTZER &
                                      CHECK LLP
                                      208 King of Prussia Road
                                      Radnor, PA 19087
                                      610-667-7706 Telephone

                                      *Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I caused a copy of the foregoing Notice of Dismissal to be served via ECF upon counsel of record.

*s/ Christopher A. Seeger*

ActiveUS 169411786