UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN, <br><br> Defendants. | ECF Case <br> Document Electronically Filed <br><br><br> Civil Action No. 2:17-CV-10467-MCA-LDW |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the complaint in the above-captioned action (ECF No. 1, or the "Complaint") involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofer's Pension Fund v. Papa, et al.*, No. 2:16-cv-2805-MCA-LDW (the "Consolidated Class Action");

WHEREAS, the defendants in the Consolidated Class Action moved to dismiss the Amended Complaint in the Consolidated Class Action (the "Motions to Dismiss");

WHEREAS, on July 27, 2018, the Court in the Consolidated Class Action issued an opinion granting in part and denying in part the Motions to Dismiss (2018 WL 3601229) (the "July 27, 2018 Decision");

WHEREAS, plaintiff does not intend to further amend the Complaint at this time;

WHEREAS, on August 27, 2018, the parties entered into a stipulation requiring defendants Perrigo Company plc, Joseph C. Papa, and Judy L. Brown to move, answer, or otherwise respond to the Complaint by November 6, 2018, which stipulation the Court so-

ordered on August 28, 2018; and

WHEREAS, the parties seek entry of an order replicating any issues resolved by the July 27, 2018 Decision;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. The issues and arguments raised in the briefing in connection with the Motions to Dismiss in the Consolidated Class Action shall not be re-briefed in this action but rather, for purposes of judicial efficiency, shall be treated as if such issues and arguments had been raised in motion(s) to dismiss in this action and had been resolved in a similar fashion to the way those issues and arguments were resolved in the July 27, 2018 Decision.

2. Plaintiff's claims relating to Perrigo's financial guidance are dismissed without prejudice.

3. Plaintiff's claims relating to Omega Pharma NV shall be treated as having survived the arguments made in the Motions to Dismiss in the Consolidated Class Action.

4. Plaintiff agrees to the voluntary dismissal of Count II of the Complaint: Violation of Section 18 of the Securities Exchange Act of 1934 Against All Defendants.

5. Discovery shall be coordinated with discovery in the Consolidated Class Action regardless of whether any defendants file motions to dismiss; provided, however, that plaintiff shall not utilize any documents or testimony from such discovery in opposing any motion(s) to dismiss the Complaint.

Dated:  September 6, 2018

| | |
|---|---|
| **SEEGER WEISS, LLP** | **GREENBAUM ROWE SMITH & DAVIS LLP** |
| */s/ Christopher A. Seeger* <br> Christopher A. Seeger <br> 55 Challenger Road, 6th Floor <br> Ridgefield Park, NJ 07660 <br> Telephone: (973) 639-9100 <br> cseeger@seegerweiss.com | */s/ Alan S. Naar* <br> Alan S. Naar <br> 99 Wood Avenue South <br> Iselin, New Jersey  08830 <br> Telephone: (732) 549-5600 <br> Facsimile: (732) 549-1881 <br> anaar@greenbaumlaw.com |
| **KESSLER TOPAZ   MELTZER & CHECK LLP** <br> Darren J. Check <br> David Kessler <br> Matthew L. Mustokoff <br> Michelle M. Newcomer <br> Margaret E. Mazzeo <br> Joshua A. Materese <br> 280 King of Prussia Road <br> Radnor, PA 19087 <br> Telephone:  (610) 667-7706 | **FRIED, FRANK, HARRIS, SHRIVER &   JACOBSON LLP** <br> James D. Wareham (*pro hac vice*) <br> James E. Anklam (*pro hac vice*) <br> 801 17th Street, NW <br> Washington DC 20006 <br> Telephone: (202) 639-7000 <br> Facsimile: (202) 639-7003 <br> james.wareham@friedfrank.com <br> james.anklam@friedfrank.com |
| *Attorneys for Plaintiff   Carmignac Gestion, S.A.* | Samuel P. Groner (*pro hac vice*) <br> One New York Plaza <br> New York, New York  10004 <br> Telephone: (212) 859-8000 <br> Facsimile: (212) 859-4000 <br> samuel.groner@friedfrank.com <br><br> *Counsel for Defendant Perrigo Company plc* |

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice to be filed*)
Aric H. Wu (*pro hac vice to be filed*)
Marshall R. King
200 Park Avenue
New York, New York  10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS __ DAY OF SEPTEMBER, 2018

_____
Hon. Madeline Cox Arleo
United States District Judge