**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600     FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

November 2, 2018

*VIA ECF*

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ 07102

Re:  **Carmignac Gestion, S.A. v. Perrigo Company plc, et als**
Civil Action No. 2:17-cv-10467

**First Manhattan Co. v. Perrigo Company plc, et als**
Civil Action No. 2:18-cv-2291

**Manning & Napier Advisors, LLC v. Perrigo Company plc, et als.**
Civil Action No. 2:18-cv-674

Dear Judge Arleo:

This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced cases. We write jointly on behalf of all parties in each of the above-referenced cases.

Enclosed is a Stipulation and Proposed Order that has been agreed to by all parties in each of the above-referenced cases that sets forth an amended schedule for defendants to move, answer or otherwise respond to the complaint, consistent with the schedule that has been agreed to by the parties in *Nationwide Mutual Funds, et al vs. Perrigo Company plc, et al*, Civ. No. 2:18-cv-15382, a recently filed matter that involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties in the above-referenced cases. A Stipulation and Proposed Order in *Nationwide* is also being filed today.

If the Stipulation and Proposed Order meets with Your Honor's approval, we request that you enter same and have it filed in each of the above-referenced cases.



Hon. Madeline Cox Arleo, U.S.D.J.
November 2, 2018
Page 2

Thank you for your time and consideration.

Respectfully submitted,

Alan S. Naar

ASN:cd
cc:   All counsel of record (*via ECF*)