UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, et al., <br><br> Defendants. | ECF Case <br> Document Electronically Filed <br><br><br> Civil Action No. 2:17-CV-10467-MCA-LDW |
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, et al., <br><br> Defendants. | Civil Action No. 2:18-CV-02291-MCA-LDW |
| MANNING & NAPIER ADVISORS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, et al., <br><br> Defendants. | Civil Action No. 2:18-CV-00674-MCA-LDW |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on August 27, 2018, the parties to the above-captioned actions entered into stipulations requiring defendants Perrigo Company plc ("Perrigo"), Joseph C. Papa, and Judy L. Brown (collectively, "Defendants") to move, answer, or otherwise respond to the complaints in the above-captioned actions on or before November 6, 2018, which were so-ordered by the Court on August 28, 2018;

WHEREAS, on October 29, 2018, a complaint was filed in an action captioned *Nationwide Mutual Funds, et al. v. Perrigo Company plc et al.*, Civ. No. 2:18-cv-15382 (the "Nationwide Action," and, together with the above-captioned actions, the "Actions");

WHEREAS, the complaint in the Nationwide Action involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the complaints in the above-captioned actions;

WHEREAS, the parties have agreed that Defendants shall move, answer, or otherwise respond to the complaint in the Nationwide Action on or before November 20, 2018;

WHEREAS, the parties agree that, for purposes of judicial efficiency, the deadline for Defendants to move, answer, or otherwise respond to the complaints in the above-captioned actions should be extended from November 6, 2018 to November 20, 2018 so that the same response date and briefing schedule shall apply in the above-captioned actions and in the Nationwide Action; and

WHEREAS, after conferring, the parties hereto believe the below schedule is fair and reasonable.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1.  Defendants shall move, answer, or otherwise respond to the complaints in the above-captioned actions on or before November 20, 2018.

2.  In the event that Defendants file a motion to dismiss in any of the Actions,

    a.  Defendants shall submit a single motion, a single opening brief, and a single reply brief addressing the allegations and claims that Defendants are seeking to have dismissed in any of the Actions and addressing the allegations and claims relevant to each of the Defendants;

    b.  Plaintiffs shall submit a single opposition brief addressing the allegations and claims that Defendants are seeking to have dismissed in any of the Actions and addressing the allegations and claims relevant to each of the Defendants; and

    c.  The following schedule and page limitations shall govern the Defendants' motion to dismiss:

| Document | Prior Deadline | Proposed Deadline | Page Limit (in a 12-point proportional font such as Times New Roman 12) |
|---|---|---|---|
| Defendants' motion to dismiss | November 6, 2018 | November 20, 2018 | 30 pages |
| Plaintiffs' opposition to Defendants' motion to dismiss | January 7, 2019 | January 24, 2019 | 30 pages |
| Defendants' reply in further support of Defendants' motion to dismiss | February 6, 2019 | February 25, 2019 | 15 pages |

Dated: November 1, 2018
**SEEGER WEISS, LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

**KESSLER TOPAZ
 MELTZER & CHECK LLP**
Darren J. Check
David Kessler
Matthew L. Mustokoff
Michelle M. Newcomer
Margaret E. Mazzeo
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Attorneys for Plaintiffs*

**GREENBAUM ROWE SMITH & DAVIS LLP**

*/s/ Alan S. Naar*
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey 08830
Telephone: (732) 549-5600
Facsimile: (732) 549-1881
anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER &
 JACOBSON LLP**
James D. Wareham (*pro hac vice*)
James E. Anklam (*pro hac vice*)
801 17th Street, NW
Washington DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice*)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice*)
Aric H. Wu (*pro hac vice*)
Marshall R. King
200 Park Avenue
New York, New York 10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS 5th DAY OF November, 2018

Leda Dunn Wettre, USMJ
Hon. Madeline Cox Arleo
United States District Judge

17790178