UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CARMIGNAC GESTION, S.A.,**<br><br>*Plaintiff*,<br>v.<br><br>**PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY L. BROWN,**<br><br>*Defendants*. | **Civil Action No. 17-10467** |
| **FIRST MANHATTAN CO.,**<br><br>*Plaintiff*,<br>v.<br><br>**PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY L. BROWN,**<br><br>*Defendants*. | **Civil Action No. 18-2291** |
| **MANNING & NAPIER ADVISORS, LLC,**<br><br>*Plaintiff*,<br>v.<br><br>**PERRIGO COMPANY PLC, JOSEPH C. PAPA, and JUDY L. BROWN,**<br><br>*Defendants*. | **Civil Action No. 18-674** |

[Caption Continued on Next Page]

| | |
|---|---|
| **NATIONWIDE MUTUAL FUNDS,** on behalf of its series **NATIONWIDE GENEVA MID CAP GROWTH FUND** and **NATIONWIDE S&P 500 INDEX FUND,** and **NATIONWIDE VARIABLE INSURANCE TRUST,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**PERRIGO COMPANY PLC, JOSEPH C. PAPA,** and **JUDY L. BROWN,**<br><br>*Defendants*. | Civil Action No. 18-15382 |

**THIS MATTER** having come before the Court by way of four Motions to Dismiss, Docket No. 17-10467 ("Carmignac Docket") at ECF No. 41; Docket No. 18-674 ("Manning Docket") at ECF No. 40; Docket No. 18-2291 ("First Manhattan Docket") at ECF No. 39; Docket No. 18-15382 ("Nationwide Docket") at ECF No. 15, Plaintiffs' Complaints filed by Defendants Perrigo Company PLC ("Perrigo" or the "Company"), Joseph C. Papa ("Papa"), and Judy L. Brown ("Brown" or, together with Perrigo and Papa, "Defendants");

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 31st day of July, 2019;

**ORDERED** that Defendants' Motions to Dismiss are **GRANTED** with respect to claims premised upon the statements made to First Manhattan representatives during the April 22, 2015 conference call and during the September 30, 2015 meeting and **DENIED** with respect to all other claims.

                                              */s Madeline Cox Arleo*_____
                                              **Hon. Madeline Cox Arleo**
                                              **UNITED STATES DISTRICT JUDGE**