# EXHIBIT A



November 24, 2020

Perrigo Securities Litigation
Attn: Notice Administrator
c/o JND Legal Administration
P.O. Box 91374
Seattle, WA 98111

  Re: **Class Action Exclusion Request**

Dear Sir or Madam:

  The entities listed in the attached Schedule A hereby request exclusion from the Classes in *Roofer's Pension Fund v. Papa, et al.*, 2:2016-cv-02805 (D.N.J.):

  *See Schedule A for List of Entities Requesting Exclusion*
  c/o Kessler Topaz Meltzer & Check, LLP
  208 King of Prussia Rd.
  Radnor, PA 19087

  The transactional details of the relevant securities held, purchased, acquired and/or sold during the Class Periods can be found in the attached Schedule B.

  The holdings in the relevant securities as of market close on November 12, 2015 at least through 8:00 a.m. eastern time on November 13, 2015 can be found in the attached Schedule C.

  Please direct any further correspondence regarding this litigation to:

  Kessler Topaz Meltzer & Check, LLP
  Attn: Matthew L. Mustokoff
  280 King of Prussia Road
  Radnor, PA 19087
  (610) 667-7706
  mmustokoff@ktmc.com

          Respectfully,

          Matthew L. Mustokoff

Encls: Schedules A, B & C

280 King of Prussia Road, Radnor, Pennsylvania 19087   T. 610-667-7706   F. 610-667-7056   info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104   T. 415-400-3000   F. 415-400-3001   info@ktmc.com
WWW.KTMC.COM

# SCHEDULE A

# ASI – Schedule A

- Aberdeen Canada Funds – Global Equity Fund, a series of Aberdeen Canada Funds;

- Aberdeen Global – World Equity Fund (now known as World Equity Fund, a sub-fund of Aberdeen Standard SICAV I);

- Aberdeen Global Equity Fund, a series of Aberdeen Funds;

- Aberdeen Global Equity Fund, a series of Aberdeen Institutional Commingled Funds, LLC;

- Aberdeen Standard Fully Hedged International Equities Fund;

- Aberdeen Standard International Equity Fund;

- Aberdeen Standard Actively Hedged International Equities Fund;

- Aberdeen Islamic World Equity Fund (now known as Aberdeen Standard Islamic World Equity Fund);

- Aberdeen Life Global (ex UK) Equity Fund (now known as ASI Life Global (ex UK) Equity Fund);

- Aberdeen Life World Equity Fund (now known as ASI Life Global Equity Fund);

- Aberdeen Monceau;

- Aberdeen Multi Asset Fund, a sub-fund of Aberdeen Investment Funds ICVC (now known as ASI Multi-Asset Fund, a sub-fund of Aberdeen Standard OEC I);

- Aberdeen World Equity Fund, a sub-fund of Aberdeen Investment Funds ICVC (now known as ASI Global Equity Fund, a sub-fund of Aberdeen Standard OEIC I);

- Aberdeen Northern American Equity Enhanced Index Fund, a sub-fund of Aberdeen Investment Funds UK ICVC II (now known as ASI American Equity Enhanced Index Fund, a sub-fund of Aberdeen Standard OEIC IV);

- Islamic Global Equity Fund, a sub-fund of Aberdeen Islamic SICAV (now known as Islamic Global Equity Fund, a sub-fund of Aberdeen Standard Islamic SICAV);

- Aurion International Daily Equity Fund;

- City and County of Swansea Pension Fund;

- Devon County Council;

- Falkirk Council Pension Fund;

- Hampshire County Council – Global Equity Portfolio (now known as Hampshire Pension Fund Global Portfolio);

- London Borough of Hounslow Superannuation Fund;

- Staffordshire Pension Fund;

- Desjardins Global Equity Value Fund;

- Hydro One Pension Plan;

- Shell Canada 2007 Pension Plan;

- I3 Global Equity Fund;

- LF Greenmount Fund;

- Permodalan Nasional Berhard;

- MTR Corporation Limited Retirement Scheme;

- National Pension Service; and

- State of Idaho Endowment Fund Investment Board