# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN, <br><br> Defendants. | Civ. A. No. 2:17-cv-10467-MCA-LDW <br><br> Hon. Madeline Cox Arleo <br> District Judge <br><br> Hon. Leda D. Wettre <br> Magistrate Judge |
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN, <br><br> Defendants. | Civ. A. No. 2:18-cv-02291-MCA-LDW |
| NATIONWIDE MUTUAL FUNDS, on behalf of its Series NATIONWIDE GENEVA MID CAP GROWTH FUND and NATIONWIDE S&P 500 INDEX FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Civ. A. No. 2:18-cv-15382-MCA-LDW |
| **[Caption Continued on the Following Page]** | |

| | |
|---|---|
| SCHWAB CAPITAL TRUST on behalf of its series SCHWAB S&P 500 INDEX FUND, SCHWAB TOTAL STOCK MARKET INDEX FUND, SCHWAB FUNDAMENTAL U.S. LARGE COMPANY INDEX FUND, and SCHWAB HEALTH CARE FUND, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>                    Defendants. | Civ. A. No. 2:19-cv-03973-MCA-LDW |
| ABERDEEN CANADA FUNDS – GLOBAL EQUITY FUND, a series of ABERDEEN CANADA FUNDS, *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PERRIGO COMPANY PLC, *et al.*,<br><br>                    Defendants. | Civ. A. No. 2:19-cv-06560-MCA-LDW |
| PRINCIPAL FUNDS, INC. and PRINCIAL VARIABLE CONTRACTS FUNDS, INC.<br><br>                    Plaintiffs,<br><br>     v.<br><br>PERRIGO COMPANY PLC, et al.,<br><br>Defendants. | Civ. A. No. 2:20-cv-02410-MCA-LDW |
| **[Caption Continued on the Following Page]** | |

| | |
|---|---|
| KUWAIT INVESTMENT AUTHORITY and KUWAIT INVESTMENT OFFICE,<br><br>Plaintiffs,<br><br>v.<br><br>PERRIGO COMPANY PLC, et al.,<br><br>Defendants. | Civ. A. No. 2:20-cv-03431-MCA-LDW |

**ORDER**

**THIS MATTER**, having come before the Court by way of Plaintiffs' Uncontested Motion for an Order Excluding Plaintiffs from the Certified *Roofer's* Classes or, Alternatively, Enlarging Their Time to File Formal Requests for Exclusion, Docket No. 2:17-cv-10467 ("*Carmignac* Docket") at ECF No. 131; Docket No. 2:18-cv-02291 ("*First Manhattan* Docket") at ECF No. 129; No. 2:18-cv-15382 ("*Nationwide* Docket") at ECF No. 118; No. 2:19-cv-06560 ("*Aberdeen* Docket") at ECF No. 110; No. 2:19-cv-03973 ("*Schwab* Docket") at ECF No. 113; No. 2:20-cv-02410 ("*Principal* Docket") at ECF No. 54 ; No. 2:20-cv-03431 ("*Kuwait* Docket") at ECF No. 43 ;

**IT IS** on this 25th day of ___January___, 2021;

**ORDERED** that Plaintiffs' Uncontested Motion for an Order Excluding Plaintiffs from the Certified *Roofer's* Classes or, Alternatively, Enlarging Their Time to File Formal Requests for Exclusion is **GRANTED**. All Plaintiffs in the above-captioned actions are hereby excluded from the certified classes in *Roofers' Pension Fund v. Papa, et al.*, No. 2:16-cv-02805. Each Plaintiff's request for exclusion received on January 8, 2021 by JND Legal Administration, the Court-approved claims administrator, is hereby deemed timely-filed.

_____
Hon. Leda Dunn Wettre
United States Magistrate Judge