UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A.,<br><br>      Plaintiff,<br><br>vs.<br><br>PERRIGO COMPANY PLC, JOSEPH C. PAPA, AND JUDY L. BROWN,<br><br>      Defendants. | No. 2:17-cv-10467-MCA-LDW |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Carmignac Gestion, S.A. ("Plaintiff"), and Defendants Perrigo Company plc, Joseph C. Papa, and Judy L. Brown (collectively, the "Defendants," and together with Plaintiff, the "Parties") by and through their counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached an agreement to settle Plaintiff's claims against Defendants in this action;

NOW, THEREFORE, it is hereby stipulated that Plaintiff's claims against Defendants in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), and each Party shall bear its own costs and attorneys' fees.

Dated: December 30, 2024

| | |
|---|---|
| **SEEGER WEISS, LLP**<br><br>By: *s/ Jennifer Scullion*<br>Jennifer Scullion<br>55 Challenger Road<br>Ridgefield Park, NJ 07660<br>Telephone: (212) 584-0700<br>Fax: (212) 584-0799 | **GREENBAUM, ROWE, SMITH & DAVIS LLP**<br><br>By: *s/ Alan S. Naar*<br>Alan S. Naar<br>99 Wood Avenue South<br>Iselin, NJ 08830<br>(732) 549-5600 |

1

jscullion@seegerweiss.com

*Liaison Counsel for Plaintiff Carmignac Gestion, S.A.*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Matthew L. Mustokoff
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056
mmustokoff@ktmc.com
jmaterese@ktmc.com

*Counsel for Plaintiff Carmignac Gestion, S.A.*

Fax: 732-549-1881
Email: anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham
James E. Anklam
801 17th Street, NW
Washington, DC 20006
Telephone: (202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner
One New York Plaza
New York, New York 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

**GIBSON, DUNN & CRUTCHER LLP**

By: *s/ Marshall R. King*
Marshall R. King
Reed Brodsky
David F. Crowley-Buck
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
mking@gibsondunn.com
rbrodsky@gibsondunn.com
dcrowleybuck@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

By: *s/ Brian T. Frawley*
Brian T. Frawley
John L. Hardiman
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
frawleyb@sullcrom.com
hardimanj@sullcrom.com

2

*Counsel for Defendant Judy L. Brown*

## CERTIFICATION OF SERVICE

I hereby certify that, on December 30, 2024, service of the Stipulation of Voluntary Dismissal With Prejudice was accomplished pursuant to the court's electronic filing procedures by filing this document through the ECF system.

Dated: December 30, 2024        *s/ Jennifer Scullion*
Jennifer Scullion
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: (212) 584-0700
Fax: (212) 584-0799
jscullion@seegerweiss.com